**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JESUS FLORES-SANTOS** | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | **CIVIL ACTION NO. 5:17-CV-220** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 11) recommending that the Court dismiss Plaintiff's complaint (Dkt. 1) without prejudice. The Magistrate Judge duly noticed the parties regarding the filing of objections, and the 14-day timeframe for filing objections has now lapsed. Noting that no objections have been filed, and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED.

Therefore, the case is DISMISSED without prejudice. The Clerk of Court is DIRECTED to terminate the case.

IT IS SO ORDERED.

SIGNED this 6th day of March, 2019.

Diana Saldaña
United States District Judge